UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KATHLENN LAFERTA, and STEPHEN LAFERTA,**<br><br>    Plaintiffs,<br><br>v.<br><br>**KONE ELEVATOR, INTERNATIONAL ELEVATOR, and JOHN DOE 1-100,**<br><br>    Defendants. | Civil Action Number: 2:09-03285<br><br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

## ORDER

For the reasons elaborated in the memorandum opinion filed contemporaneously with this order, and based upon the well reasoned report and recommendation of the Magistrate Judge below,

**IT IS** on this 26th day of May 2010;

**ORDERED** that the report and recommendation is **ADOPTED**;

**ORDERED** that Plaintiffs' motion to remand is **GRANTED**; and

**ORDERED** that further proceedings in this Court are **TERMINATED**.

                                                                s/ William J. Martini                    
                                                                **William J. Martini, U.S.D.J.**